Form B3 (official Form 3) (9/97)

# UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _Dan Sheeler_
Debtor

Case No. __07-11663__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $_____ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __74.75__ Check one ☐ With the filing of the petition, or
                         On or before __July 29, 2007__
    $ __74.75__ on or before __August 29, 2007__
    $ __74.75__ on or before __September 29, 2007__
    $ __74.75__ on or before __October 29, 2007__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   X _Dan Sheeler_   6-29-07
Signature of Attorney    Date        Signature of Debtor            Date
                                     (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                     _____
                                     Signature of Joint Debtor (if any)   Date

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____          _____
Signature of Bankruptcy Petition Preparer              Date

**JUN 29 2007**

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court