```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11663
   MAURICE D ALLEN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7274

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/18/2006 and was confirmed 11/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/16/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
SHIRLEY LOTT               NOTICE ONLY    NOT FILED           .00           .00
CARTZ R US                 UNSECURED        2122.62           .00           .00
COMCAST                    NOTICE ONLY    NOT FILED           .00           .00
COMCAST                    NOTICE ONLY    NOT FILED           .00           .00
COMCAST                    UNSECURED      NOT FILED           .00           .00
COMCAST                    NOTICE ONLY    NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED         809.74           .00           .00
COMMONWEALTH EDISON        NOTICE ONLY    NOT FILED           .00           .00
DIRECT LOAN SERVICING CE   NOTICE ONLY    NOT FILED           .00           .00
HEARTLAND COMMUNITY COLL   UNSECURED      NOT FILED           .00           .00
IQ TELECOM                 UNSECURED      NOT FILED           .00           .00
IQ TELECOM                 NOTICE ONLY    NOT FILED           .00           .00
IQ TELECOM                 NOTICE ONLY    NOT FILED           .00           .00
LINCOLN TECH               UNSECURED         984.73           .00           .00
CB USA INC                 UNSECURED         330.00           .00           .00
NATIONWIDE ACCEPTANCE~     NOTICE ONLY    NOT FILED           .00           .00
NICOR GAS                  NOTICE ONLY    NOT FILED           .00           .00
NEW JERSEY HIGHER EDUCAT   NOTICE ONLY    NOT FILED           .00           .00
NWDE CASSEL                UNSECURED      NOT FILED           .00           .00
OVERLAND BOND & INVESTME   UNSECURED        5173.03           .00           .00
PROVIDIAN                  NOTICE ONLY    NOT FILED           .00           .00
PROVIDIAN                  UNSECURED         385.65           .00           .00
R & R COUNTRY MOTORS INC   UNSECURED      NOT FILED           .00           .00
SM SERVICING               NOTICE ONLY    NOT FILED           .00           .00
SPRINT PCS                 NOTICE ONLY    NOT FILED           .00           .00
SPRINT PCS                 UNSECURED      NOT FILED           .00           .00
SPRINT PCS                 UNSECURED      NOT FILED           .00           .00
ST MARGARET HOSPITAL       UNSECURED      NOT FILED           .00           .00
TCF BANK                   UNSECURED      NOT FILED           .00           .00
DEPARTMENT OF EDUCATION    NOTICE ONLY    NOT FILED           .00           .00
US DEPT OF EDUCATION       NOTICE ONLY    NOT FILED           .00           .00
US AUTO                    UNSECURED      NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11663 MAURICE D ALLEN
```

```
US ASSET MANAGEMENT INC   UNSECURED       NOT FILED              .00             .00
US DEPT OF EDUCATION      UNSECURED        2688.29               .00             .00
OVERLAND BOND & INVESTME  SECURED NOT I    6175.00               .00             .00
ILLINOIS DEPT OF PUBLIC   NOTICE ONLY    NOT FILED               .00             .00
VATIV RECOVERY SOLUTIONS  UNSECURED         244.74               .00             .00
ILLINOIS DEPT OF REV      UNSECURED          30.00               .00             .00
ILLINOIS DEPT OF REV      PRIORITY          264.21               .00             .00
STEFANS STEFANS & STEFAN  REIMBURSEMENT     174.00               .00          174.00
STEFANS STEFANS & STEFAN  DEBTOR ATTY      2,500.00                          1,410.66
TOM VAUGHN                TRUSTEE                                               95.34
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,680.00

PRIORITY                                          174.00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,410.66
TRUSTEE COMPENSATION                               95.34
DEBTOR REFUND                                        .00
                       ---------------      ---------------
TOTALS                  1,680.00                1,680.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/05/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE